**James Douglas WERON, Appellant,**

v.

**Timothy C. OUTLAW, Warden, FCI–Forrest City, Appellee.**

**No. 11–1634.**

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 2, 2011.

Filed: Sept. 8, 2011.

James Douglas Weron, Forrest City, AR, pro se.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

PER CURIAM.

Federal inmate James Douglas Weron appeals the district court's[1] order dismissing without prejudice his 28 U.S.C. § 2241 petition for lack of jurisdiction. Following careful review, we affirm for the reasons provided by the district court. *See* 8th Cir. R. 47B. We also deny Weron's appellate motion.

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

1. The Honorable D. Price Marshall, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.